FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

October 20, 2017

Mr. Noel D. Cooper
Law Offices of Noel D. Cooper
117 North Street, Suite 2
Nacogdoches, TX 75961-5269
* DELIVERED VIA E-MAIL *

Mr. Matthew H. Frederick
Deputy Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

RE:    Case Number: 15-0944
       Court of Appeals Number: 12-15-00062-CV
       Trial Court Number: C0824736

Style:  THE OFFICE OF THE ATTORNEY GENERAL OF TEX
       v.
       C.W.H.

> **FILED**
>
> 10/20/17
>
> Twelfth Court of Appeals
> **Pam Estes**
> **Clerk**

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. Jeremy S. Willis (DELIVERED VIA E-MAIL)
      Ms. Pam Estes (DELIVERED VIA E-MAIL)
      District Clerk Nacogdoches County (DELIVERED VIA E-MAIL)
      Ms. Susan Denton Ward (DELIVERED VIA E-MAIL)